## LANDRUM v. STATE.
### No. 23938.

Court of Criminal Appeals of Texas.
Feb. 25, 1948.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of the offense of carrying a pistol and assessed a fine of $100.

The record is brought forward without a statement of facts or bills of exception. The proceedings appear regular and nothing is presented for our consideration.

The judgment of the trial court is affirmed.